**STATE of Missouri, Respondent,**

**v.**

**Latoya THOMAS, Appellant.**

**No. WD 37447.**

Missouri Court of Appeals,
Western District.

Aug. 6, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Sept. 25, 1986.

Application to Transfer Denied
Nov. 18, 1986.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of assault in the second degree, § 565.060 RSMo 1978, and fine of $100.

Judgment affirmed. Rule 30.25(b).